# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0692

_____

KIRK M. FOSTER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

March 15, 2019

PER CURIAM.

The petition for writ of mandamus is denied on the merits.

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kirk M. Foster, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.